**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Debra Williams and Sunnie Williams, | |
| Plaintiffs, | Civil Action No: 1:23-cv-02221-RLY-MJD |
| v. | |
| Experian Information Solutions, Inc., Equifax Information Services LLC, TransUnion LLC, and Credit Acceptance Corporation, | Notice of Settlement As To Experian Information Solutions, LLC Only |
| Defendants. | |

NOTICE IS HEREBY GIVEN by Plaintiffs, Debra Williams and Sunnie Williams, ("Plaintiffs"), that a settlement of the above-referenced action has been reached between Plaintiffs and Defendant Experian Information Solutions, Inc.

Plaintiffs and Defendant Experian Information Solutions, Inc. anticipate needing approximately 60 days to document and conclude the settlement. Plaintiffs will thereafter file or otherwise move for the dismissal of Defendant Experian Information Solutions, Inc. from the present matter. Accordingly, Plaintiffs respectfully submits that this obviates the need for Defendant Experian Information Solutions, Inc. to make any other Court required appearances or filings prior to dismissal. If the settlement is not concluded within the next 60 days, Plaintiffs will timely notify the Court.

Date: March 12, 2024

By: */s/ Thomas E. Irons*
Thomas E. Irons, Esq. #19822-49
Sawin & Shea, LLC.
4701 N. Keystone Ave, Suite 210
Indianapolis, IN 46205
Telephone: (317) 255-2600
Facsimile: (317) 255-2905
E-Mail: tirons@sawinlaw.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Settlement between Plaintiffs and Defendant Experian Information Solutions, Inc. have been served by the Court's CM/ECF service to all counsel of record on March 12, 2024.

*/s/ Thomas E. Irons*
Thomas E. Irons