**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Debra Williams and Sunnie Williams, | |
| Plaintiffs, | Civil Action No: 1:23-cv-02221-RLY-MJD |
| v. | |
| Experian Information Solutions, Inc., Equifax Information Services LLC, TransUnion LLC, and Credit Acceptance Corporation, | Notice of Settlement As To Equifax Information Services LLC Only |
| Defendants. | |

NOTICE IS HEREBY GIVEN by Plaintiffs, Debra Willimas and Sunnie Williams ("Plaintiffs"), that a settlement of the above-referenced action has been reached between Plaintiffs and Equifax Information Services LLC.

Plaintiffs and Defendant Equifax Information Services LLC anticipate needing approximately 60 days to document and conclude the settlement. Plaintiffs will thereafter file or otherwise move for the dismissal of Defendant Equifax Information Services LLC from the present matter. Accordingly, Plaintiffs respectfully submit that this obviates the need for Defendant Equifax Information Services LLC to make any other Court required appearances or filings prior to dismissal. If the settlement is not concluded within the next 60 days, Plaintiffs will timely notify the Court.

| | |
|---|---|
| Date: <u>April 19, 2024</u> | By: <u>*/s/ Thomas E. Irons*</u><br>Thomas E. Irons, Esq. #19822-49<br>Sawin & Shea, LLC.<br>4701 N. Keystone Ave, Suite 210<br>Indianapolis, IN 46205<br>Telephone: (317) 255-2600<br>Facsimile: (317) 255-2905<br>E-Mail: tirons@sawinlaw.com<br>Attorney for Plaintiffs |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Settlement between Plaintiffs and Defendant Equifax Information Services LLC has been served by the Court's CM/ECF service to all counsel of record on <u>April 19, 2024</u>.

<u>*/s/ Thomas E. Irons*</u>
Thomas E. Irons
