**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Debra Williams and Sunnie Williams, <br><br> Plaintiffs, <br><br> v. <br><br> Experian Information Solutions, Inc., Equifax Information Services LLC, TransUnion LLC, and Credit Acceptance Corporation, <br><br> Defendants. | Civil Action No: 1:23-cv-02221-RLY-MJD |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

**PLEASE TAKE NOTICE** that Plaintiffs, Debra Williams and Sunnie Williams, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss this action against Defendant, Experian Information Solutions, Inc., with prejudice.

Respectfully submitted,

Date: May 13, 2024

/s/ *Thomas E. Irons*
Thomas E. Irons, Esq #19822-49
Sawin & Shea, LLC.
4701 N. Keystone Avenue, Suite 210
Indianapolis, IN 46205
Telephone: (317) 255-2600
Facsimile: (317) 255-2905
E-mail: tirons@sawinlaw.com
Attorney for Plaintiff

Distribution will be made electronically
on all ECF registered counsels of record
via email generated by the Court's ECF system.